**FILED**
CLERK, U.S. DISTRICT COURT

March 10, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAUL ATTEUKENIAN,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-01639-SB-PVCx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT NEW YORK LIFE INSURANCE COMPANY**<br><br>Honorable Stanley Blumenfeld, Jr. |

    The Court, having granted Defendant New York Life Insurance Company's Motion for Summary Judgment against Plaintiff Paul Atteukenian on all claims in the Complaint, hereby enters Judgment in favor of New York Life Insurance Company on each of Plaintiff's claims for breach of contract, breach of the duty of good faith and fair dealing and unfair business practices.

///
///
///
///

1 | Plaintiff shall take nothing and the Complaint is dismissed with prejudice. New York Life Insurance Company shall be entitled to recover costs as permitted by law, and as shall be further determined by this Court.

    IT IS SO ORDERED.

Dated: March 10, 2021

_____
Honorable Stanley Blumenfeld, Jr.
United States District Judge Court Judge